■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARLOS CASTRILLON, Appellant, v CHARLES SCULLY, Respondent. — Judgment of the Supreme Court, Dutchess County (Rosenblatt, J.), dated January 12, 1983, affirmed, without costs or disbursements (see, e.g., *Matter of Ganci v Hammock,* 99 AD2d 546). Titone, J. P., Mangano, Thompson and Eiber, JJ., concur.